1  David C. Wakefield, Esq.        Bar #: 185736
2  Law Offices of David C. Wakefield
   Mailing Address:  P.O. Box 712739
3  San Diego, CA 92171-2739
4  Telephone:  619.241.7112; Facsimile:  619.342.7755
   E-mail:         dcw@DMWakeLaw.com
5
   Attorneys for Plaintiff Theodore A. Pinnock

**IT IS SO ORDERED**
Judge Edward J. Davila
9/25/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THEODORE A. PINNOCK, | Case No.: CV 12-02558 EJD |
|---|---|
| Plaintiff | |
| v. | JOINT STIPULATION OF DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY |
| SARATOGA CAPITAL INC; and DOES 1 THROUGH 10, Inclusive | |
| Defendants | [Fed. R. Civ. P. Rule 41(a)(2)] |

///

///

///

Case No.: **CV 12-02558 EJD**

IT IS HEREBY JOINTLY STIPULATED by the parties, that Plaintiff hereby dismisses with prejudice ALL Defendants from Plaintiff's Complaint, Case Number CV 12-02558 EJD, since all the parties reached a settlement of this action. Additionally, Plaintiff hereby dismisses with prejudice his Complaint in its entirety.

The Clerk shall close this file.

**IT IS SO STIPULATED.**

Dated: September 21, 2012

David C. Wakefield, Esq.
Attorney for Plaintiff Theodore A. Pinnock

SILICON VALLEY LAW GROUP:

Dated: September 24, 2012

Michael W. Stebbins, Esq.
Attorney for Defendant SARATOGA CAPITAL INC

Case No.: **CV 12-02558 EJD**