David C. Wakefield, Esq.        Bar #: 185736
Law Offices of David C. Wakefield
Mailing Address:  P.O. Box 712739
San Diego, CA 92171-2739
Telephone:  619.241.7112; Facsimile:  619.342.7755
E-mail:         dcw@DMWakeLaw.com

Attorneys for Plaintiff Theodore A. Pinnock

**IT IS SO ORDERED**
*Judge Edward J. Davila*
9/25/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE A. PINNOCK, <br><br> Plaintiff <br><br> v. <br><br> SARATOGA CAPITAL INC; and DOES 1 THROUGH 10, Inclusive <br><br> Defendants | Case No.: CV 12-02558 EJD <br><br> **JOINT STIPULATION OF DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** <br><br> [Fed. R. Civ. P. Rule 41(a)(2)] |

///

///

///

Case No.: **CV 12-02558 EJD**

**IT IS HEREBY JOINTLY STIPULATED** by the parties, that Plaintiff hereby dismisses with prejudice ALL Defendants from Plaintiff's Complaint, Case Number CV 12-02558 EJD, since all the parties reached a settlement of this action. Additionally, Plaintiff hereby dismisses with prejudice his Complaint in its entirety.

The Clerk shall close this file.

**IT IS SO STIPULATED.**

Dated: September 21, 2012

David C. Wakefield, Esq.
Attorney for Plaintiff Theodore A. Pinnock

SILICON VALLEY LAW GROUP:

Dated: September 24, 2012

Michael W. Stebbins, Esq.
Attorney for Defendant SARATOGA CAPITAL INC

Case No.: **CV 12-02558 EJD**